**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KELLY SMITH,<br><br>    Plaintiff,<br><br> v.<br><br>QUEST PRODUCTS, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-12307 |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff Kelly Smith hereby advises this Honorable Court that she has reached an agreement in principle with Defendant Quest Products, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: January 26, 2026      Respectfully Submitted,

             */s/ Benjamin J. Sweet*
             Benjamin J. Sweet
             ben@nshmlaw.com
             **NYE, STIRLING, HALE, MILLER, &
             SWEET LLP**
             101 Pennsylvania Boulevard, Suite 2
             Pittsburgh, PA 15228

             *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this January 26, 2026.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
